UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

MEISHI ZHENG,

                    Petitioner,                **MEMORANDUM & ORDER**
                                                  26-CV-1850(EK)

          -against-

MICHAEL T. PHILLIPS, Director,
Buffalo Federal Detention Facility,

                    Respondent.

--------------------------------------x
ERIC KOMITEE, United States District Judge:

          Petitioner Meishi Zheng filed this petition for a writ of habeas corpus, challenging his detention by U.S. Immigration and Customs Enforcement at the Buffalo Federal Detention Facility in Batavia, New York.  ECF No. 1.  He seeks immediate release from custody or a bond hearing before an immigration judge.  *Id.*

          As articulated in *Rumsfeld v. Padilla*, "[w]henever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."  542 U.S. 426, 447 (2004).  Though petitioner resides in this District, it appears on the face of the petition that venue is proper in the Western District of New York.

The Clerk of Court is therefore directed to transfer this action to the United States District Court for the Western District of New York.  28 U.S.C. § 1406(a).  Rule 83.1 of the Local Rules of the Eastern District of New York, which contemplates a seven-day delay before the Clerk shall transfer a case from this district, is waived.

SO ORDERED.

___/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:    March 30, 2026
          Brooklyn, New York

2